TOWN OF SOMERS, Appellant, v. CAMARCO CONTRACTORS, INC., Respondent.—

No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Rabin, JJ., concur.